# United States District Court
# For The Western District of North Carolina
# Asheville Division

Kevin Bailey,

    Plaintiff(s),

vs.

Jack O'Connor, Sheriff
of Rutherford County, et al

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:10cv126

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/29/2010 Order.

Signed: June 29, 2010

Frank G. Johns, Clerk
United States District Court